PER CURIAM.
Affirmed. Ellison v. State, 547 So.2d 1003, 1006 (Fla. 1st DCA 1989), quashed in part on other grounds, 561 So.2d 576 (Fla.1990); Berry v. State, 547 So.2d 969 (Fla. 3d DCA 1989); Covello v. State, 455 So.2d 1321 (Fla. 3d DCA 1984); Dominique v. State, 435 So.2d 974 (Fla. 3d DCA 1983); Marasa v. State, 394 So.2d 544 (Fla. 5th DCA), rev. denied, 402 So.2d 613 (Fla.1981); Getsie v. State, 193 So.2d 679 (Fla. 4th DCA 1966), cert. denied, 201 So.2d 464 (Fla.1967); Scarborough v. State, 188 So.2d 877 (Fla. 2d DCA 1966).